IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
(AT NEW ALBANY)

MICHELLE CRICK
116 Webster Boulevard
Jeffersonville, Indiana 47130

PLAINTIFF

v.

EQUIFAX INFORMATION SERVICES, LLC
1550 Peachtree Street, N.W.
Atlanta, Georgia 30309

DEFENDANT

SERVE: Corporation Service Co.
251 E. Ohio Street
Indianapolis, Indiana 46204
(BY CERTIFIED MAIL)

** ** ** **

**VERIFIED COMPLAINT**

Comes the Plaintiff, Michelle Crick, and for her Verified Complaint against the Defendant, Equifax Information Services, LLC ("Equifax"), states as follows:

## I. PRELIMINARY STATEMENT

1. This is an action for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq., arising out the Defendant's false reporting of and Defendant's failure to investigate Plaintiffs' disputes regarding alleged medical collections accounts appearing on Plaintiff's Equifax credit report.

## II. PARTIES

2. Plaintiff, Michelle Crick, is currently and was at all relevant times a citizen of the State of Indiana residing at 116 Webster Boulevard, Jeffersonville, Indiana 47130.

3. Plaintiff is a "consumer" as that term is defined by the FCRA, 15 U.S.C. §1681a(c).

4. Defendant, Equifax, is a is a corporation organized under the laws of the State of Georgia with its principal place of business located at 1550 Peachtree Street N.W., Atlanta, Georgia 30309.

5. Equifax is a consumer reporting agency that compiles and maintains files on consumers on a nationwide basis" as that term is defined by the FCRA, 15 U.S.C. §1681a(o).

6. Equifax is regularly engaged in the business of assembling, evaluating and dispensing information concerning consumers for the purpose of furnishing "consumer reports," as that term is defined at 15 U.S.C. §1681a(d), to third parties.

## III. JURISDICTION

7. This Court has jurisdiction over this action: (1) pursuant to the FCRA, 15 U.S.C. §1681(p); (2) pursuant to 28 U.S.C. §1331; and (3) because the transactions and occurrences giving rise to this action occurred in Clark County, Indiana as a result of the Defendant doing business in Clark County, Indiana.

## IV. FACTUAL BACKGROUND

8. In April 2017, Plaintiff, who was in the process of attempting to secure mortgage financing, accessed her Equifax credit report and discovered two derogatory tradelines furnished by GLA Collection Co. regarding alleged medical collections accounts.

9. Immediately upon her discovery of the reporting of the collections account, Plaintiff disputed the reporting with Equifax. Specifically, Plaintiff disputed the accuracy of GLA Account Nos. 428156******1428 and 824166******7044 and requested that Equifax delete the tradelines from her credit report.

10. In May 2017, Plaintiff received Equifax's dispute results. Based on those results,

Equifax failed to investigate the two disputed GLA accounts despite Plaintiff's specific request for investigation.

11. Equifax's false reporting and its failure to investigate Plaintiff's disputes have damaged Plaintiff in that Plaintiff has been denied credit and/or has been forced to pay a high rate of interest for credit due to Equifax's failure to properly investigate Plaintiffs' dispute. In addition, Equifax's false reporting and its failure to investigate Plaintiff's disputes have caused Plaintiff to suffer embarrassment, humiliation and emotional distress.

## V. CLAIMS

### Negligent Violation of the Fair Credit Reporting Act – Equifax

12. Plaintiff hereby adopts and incorporates the allegations contained in Paragraphs 1 through 11 as if fully set forth herein.

13. Equifax's failure to properly investigate the disputed items and its consequent failure to remove the disputed items from Plaintiffs' credit report are violations of Equifax's duty to ensure maximum possible accuracy of consumer reports under 15 U.S.C. §1681e(b) and Equifax's duties regarding investigation of disputed items under 15 U.S.C. §1681i.

14. Equifax's failure to properly investigate the disputed items and its consequent failure to remove the disputed items from Plaintiff's credit report within a reasonable time following Equifax's receipt of Plaintiff's dispute is a violation of Equifax's duties regarding investigation of disputed items under 15 U.S.C. §1681i.

15. Equifax's violations of the FCRA amount to negligent non-compliance with the FCRA as stated in 15 U.S.C. §1681o, for which Equifax is liable to Plaintiff for Plaintiff's actual damages, for statutory damages, and for Plaintiff's attorney's fees.

### Willful Violation of the Fair Credit Reporting Act – Equifax

16. Plaintiff hereby adopts and incorporates the allegations contained in Paragraphs 1

through 15 as if fully set forth herein.

17. Equifax's failure to properly investigate the disputed items and its consequent failure to remove the disputed items from Plaintiff's credit report are willful violations of Equifax's duty to ensure maximum possible accuracy of consumer reports as stated in 15 U.S.C. §1681e(b) and Equifax's duties regarding investigation of disputed items under 15 U.S.C. §1681i.

18. Equifax's failure to properly investigate the disputed items and its consequent failure to remove the disputed items from Plaintiff's credit report within a reasonable time following Equifax's receipt of Plaintiff's dispute are willful violations of Equifax's duties regarding investigation of disputed items as stated in 15 U.S.C. §1681i.

19. Equifax's violations of the FCRA amount to willful non-compliance with the FCRA as stated in 15 U.S.C. §1681n for which Equifax is liable to Plaintiff for Plaintiff's actual damages, for statutory damages, for punitive damages and for Plaintiff's attorneys' fees.

WHEREFORE, Plaintiff, Michelle Crick, respectfully demands the following:

1. Trial by jury on all issues so triable;

2. Judgment against the Defendant for statutory, compensatory, consequential and punitive damages;

3. For attorneys' fees and costs; and,

4. Any and all other relief to which Plaintiff may appear to be entitled.

Respectfully submitted,

*/David W. Hemminger*

David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintif*

**VERIFICATION**

I, Michelle Crick, hereby state that I have read the foregoing Verified Complaint and the statements contained therein are true and accurate to the best of my knowledge, information and belief.

Michelle Crick

STATE OF INDIANA )
) SS
COUNTY OF ~~CLARK~~ Floyd )

Subscribed, sworn to and acknowledged before me by Michelle Crick this 18th day of September, 2017.

KATHRYN R SAPP
Notary Public, State of Indiana
Floyd County
Commission # 659087
My Commission Expires
October 08, 2022

Notary Public

Commission expires: 10/08/2022



https://mail.google.com/mail/u/0/#inbox/15e9b2edf5171950?projector=1 1/1